UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY J. MAGNAGHI,<br><br>                    Plaintiff,<br><br>   v.<br><br>CONAGRA FOODS LAMB WESTON, INC., a Delaware corporation,<br><br>                    Defendant. | NO: CV-10-5027-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is the Plaintiff's Stipulated Motion to Dismiss without Prejudice (Ct. Rec. 17). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Plaintiff's Motion for Dismissal without Prejudice (**Ct. Rec. 17**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 15th day of April, 2011.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2